AO 471  (Rev. 01/09) Order to Detain a Defendant Temporarily Under 18 U.S.C. § 3142(d)

# UNITED STATES DISTRICT COURT
for the

NORTHERN   District of   NEW YORK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.        8:11-M-209(LAK) |
| Nokour Chougui Ali | ) | |
| *Defendant* | ) | |

## ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole.  This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:**  The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until *(date)* May 26, 2011            .

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred.  If no action is taken by the above date, the defendant must be brought before this court on that date for further proceedings at     **3:30 pm**     at the   **U.S. DISTRICT COURT, 14 Durkee Street, Suite 360, Plattsburgh, N.Y. 12901**

Date:  May 12, 2011

*Judge's signature*

Larry A. Kudrle, U.S. Magistrate Judge, N.D.N.Y.
*Printed name and title*