IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Criminal No.:  8:11-MJ 00209(LAK)

NOKOUR CHOUGUI ALI,

      Defendant.

## NOTICE OF APPEARANCE

      Heather Maure, an attorney with the Law Offices of Mark Schneider, duly admitted to practice in the Northern District of New York District Court, hereby appears as CJA counsel of record for Nokour Chougui Ali, the defendant in the above titled case.

| | |
|---|---|
| May 20, 2011 | /s/ Heather Maure |
| | Defendant's Attorney |
| | Law Offices of Mark Schneider |
| | 57 Court Street |
| | Plattsburgh, New York 12901 |
| | (516)566-6666 |
| | Bar No. 515807 |

## CERTIFICATE OF SERVICE

I, Heather Maure, hereby certify that I served a copy of this Notice of Appearance in this case on Assistant United States Attorney Julie Pfluger by electronic filing.

May 20, 2011        /s/ Heather Maure