```
U.S. DISTRICT COURT - N.D. OF N.Y.
        FILED
       MAY 26 2011
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Plattsburgh
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************************

**UNITED STATES OF AMERICA**

**v.**

**NOKOUR ALI,**
        **Defendant.**

**Criminal Action No.**
**8:11-m-209 (LAK)**

*****************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the ~~Information~~ *Complaint* against NOKOUR ALI, the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other: ___In the Interest of Justice___

With respect to this dismissal, defendant (check one):

__x__  Consents

_____  Objects

_____  Has not been consulted

This dismissal is without prejudice.

                              RICHARD S. HARTUNIAN
                              United States Attorney

By:   Julie S. Pfluger
       Assistant U.S. Attorney
       Bar Roll No. 516475

Leave of court is granted for the filing of the foregoing dismissal.

Dated: May 26, 2011
Plattsburgh, New York

Hon. Larry Kudrle
United States Magistrate Judge